UNITED STATES DISTRICT COURT

Northern District of California

JOELLE MILLER,

          Plaintiff,

   v.

BANK OF NEW YORK, et al.,

          Defendants.
_____/

No. C 12-0477 MEJ

**ORDER TO SHOW CAUSE**

On February 6, 2012, the Defendant(s) in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of March 22, 2012. Dkt. No. 7. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the March 22 hearing and ORDERS Plaintiff Joelle Miller to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 15, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on March 29, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 5, 2012

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOELLE MILLER

        Plaintiff,

  v.

BANK OF NEW YORK

        Defendant.

Case Number: 12-00477 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joelle Miller
31577 Hugh Way
Hayward, CA 94544

Dated: March 5, 2012

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk