IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOELLE MILLER, | No. C 12-477 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BANK OF NEW YORK, *et al.*, | |
| Defendants. | |

The Court has dismissed this case without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 3, 2012

SUSAN ILLSTON
United States District Judge